IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMON E. JACKSON,

        Petitioner,          No. CIV S-03-1275 GEB KJM P

    vs.

A.K. SCRIBNER,

        Respondent.      <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254.  On June 13, 2005 petitioner filed a motion in which petitioner seeks advice on how to proceed with this action.  The court cannot give legal advice. However, the court will grant petitioner more time to file a traverse (a reply to respondent's answer).

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's June 13, 2005 "Motion of Request for Leave of Court For Further Proceedings . . ." is denied; and

        2.  Petitioner is granted thirty days within which to file a traverse.

DATED:  October 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/jack1275.111