IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMON E. JACKSON,

    Petitioner,                      No. CIV S-03-1275 GEB KJM P

    vs.

A.K. SCRIBNER,

    Respondent.                     <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file and serve a traverse as directed by the court's order of July 10, 2003. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's October 28, 2005 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: November 16, 2005.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

1/kf
jack1275.111a