IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMON E. JACKSON,

    Petitioner,                    No. CIV S-03-1275 GEB KJM P

    vs.

A.K. SCRIBNER,

    Respondent.                ORDER

_____/

        Petitioner has filed his second request for an extension of time to file a traverse as originally provided in court's order of October 4, 2005. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's December 19, 2005 request for an extension of time is granted; and

        2. Petitioner is granted until February 20, 2006 to file his traverse.

DATED: January 30, 2006.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

1/mp
jack1275.111sec