IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMON E. JACKSON,

    Petitioner,                   No. CIV S-03-1275 GEB KJM P

    vs.

A.K. SCRIBNER,

    Respondent.                <u>ORDER</u>

_____/

        On January 31, 2006, the court granted petitioner an extension of time to file a traverse. After reviewing the court's docket, it appears the order was not sent to petitioner's correct address. Good cause appearing, IT IS HEREBY ORDERED that petitioner is granted thirty days from the date of service of this order within which to file a traverse. No further extensions of time will be granted.

DATED: August 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
jack1275.111(3)