UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMON EDWARD JACKSON,<br><br>                Plaintiff,<br><br>        vs.<br><br>A. K. SCRIBNER, Warden,<br><br>                Defendant. | No. 2:03-cv-01275-JKS<br><br>FINAL JUDGMENT |

The court having entered its Memorandum Decision of even date herewith disposing of all the issues raised by the Petitioner,

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED THAT** the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED THAT** the Court declines to issue a Certificate of Appealability. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) ("reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further" (internal quotation marks omitted)).  To the extent federal constitutional issues were raised before the California Court of Appeal on direct appeal or addressed or deemed addressed on the merits by the California Courts in denying Petitioner's petitions for habeas relief before those courts, no reasonable jurist could find that the decisions were "objectively unreasonable."

        Dated:  May 25, 2007.

                                               s/ James K. Singleton, Jr.
                                            JAMES K. SINGLETON, JR.
                                             United States District Judge